[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 12-15592
_____

D.C. Docket No. 1:12-cv-20345-FAM

THOMAS E. METCALFE,

Plaintiff-Appellant,

versus

POSTMASTER GENERAL, U.S. POSTAL SERVICE,
an independent agency of the United States of America,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(March 3, 2014)

Before ANDERSON, Circuit Judge, and MOODY* and SCHLESINGER,**
District Judges.

_____

*Honorable James S. Moody, Jr., United States District Judge for the Middle District of Florida,
sitting by designation.

**Honorable Harvey E. Schlesinger, United States District Judge for the Middle District of
Florida, sitting by designation.

PER CURIAM:

Although we are inclined to believe that it would have been better to have granted the motion for extension of time, we cannot conclude that plaintiff has demonstrated reversible error.   The plaintiff had ample time to digest all of the late discovery by the time of the motion to reconsider.  However, neither that motion, nor in the plaintiff's brief on appeal, nor at oral argument has plaintiff pointed to any indication of discrimination, or even any indication that further proceedings might develop evidence of discrimination.  Accordingly, the judgment of the district court is

AFFIRMED.